# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Russell Jan Aaronson | CASE NO.: 99–11371–smb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8204 | CHAPTER: 7 |

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Angela G. Tese–Milner is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: December 9, 2009

                                                Stuart M. Bernstein, Bankruptcy Judge